EMIGRANT INDUSTRIAL SAVINGS BANK et al., Appellants, *v.* CITY OF NEW YORK, Respondent.

Argued November 18, 1947; decided January 16, 1948.

*Murray Weiss* for appellants.

*Charles E. Murphy, Corporation Counsel (Alfred D. Jahr* and *Harry E. O'Donnell* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.